**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7965

ERIC L. TOLBERT,

Plaintiff - Appellant,

versus

DOCTOR LIGHTSEY; EARL V. ECHARD; NURSE CRAIG;
NURSE SNIDER,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (5:05-ct-00428-BO)

Submitted: April 26, 2007          Decided: May 2, 2007

Before WILLIAMS, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eric L. Tolbert, Appellant Pro Se. Elizabeth P. McCullough, YOUNG, MOORE & HENDERSON, P.A., Raleigh, North Carolina; Elizabeth F. Parsons, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric L. Tolbert appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Tolbert's motion for appointment of counsel and affirm for the reasons stated by the district court. Tolbert v. Lightsey, No. 5:05-ct-00428-BO (E.D.N.C. Sep. 27, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED